SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Mohammad Arshad Naqi, et al,<br><br>    Defendants | Case No. **2:11-cv-02886-LKK-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DOMINO'S PIZZA LLC**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendant Domino's Pizza LLC is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:   December 1, 2011.

                                                     */s/ Lawrence K. Karlton*
                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT