SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02886-LKK-GGH** |
| Plaintiff, | **ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| Mohammad Arshad Naqi, et al | |
| Defendants | |

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to May 14, 2012 at 10:00 a.m. The parties shall file their status reports 14 days prior to the status conference.

Date: January 9, 2012

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT