SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02886-LKK-GGH** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT JOSEPH PICCOLO** |
| vs. | ) |
| Mohammad Arshad Naqi, et al, | ) Case to Remain Open with Remaining Defendants |
| Defendants | ) |

IT IS HEREBY ORDERED THAT Defendant Joseph Piccolo is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date: January 23, 2012

　　　　　　　　　　　　　　　　　　_/s/ Lawrence K. Karlton_
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT