SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>     vs.<br><br>Mohammad Arshad Naqi, et al,<br><br>        Defendants | Case No. **2:11-cv-02886-LKK-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT JOSEPH PICCOLO**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Joseph Piccolo is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT