SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>        Plaintiff, <br><br>    vs. <br><br> Mohammad Arshad Naqi, et al, <br><br>        Defendants | Case No. **2:11-cv-02886-LKK-GGH** <br><br> **ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT MOHAMMAD ARSHAD NAQI** <br><br> Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Mohammad Arshad Naqi is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendant Phuong Tong.

Date:  February 3, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02886-LKK-GGH- 1